

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dexter Chalmers, Appellant

No. 06-23-00243-CR          v.

The State of Texas, Appellee

Appeal from the 76th District Court of Camp County, Texas (Tr. Ct. No. CF-22-02978).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.  Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the bill of costs.  Therefore, we modify the certified bill of costs by deleting the charge for "Court Appointed Attorney Fee."  We affirm the judgment of the trial court.

We note that the appellant, Dexter Chalmers, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MAY 24, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk